October 9, 1981.

438 A.2d 634

Baux, Appellant, v. Perella.

Submitted November 11, 1980.  John M. Grubor, for appellant;  Frederick L. Segal, for appellee.

Before HESTER, BROSKY and VAN der VOORT, JJ.

Judgment affirmed.

438 A.2d 634

Borgard v. Borgard, Appellant.

Argued February 17, 1981.  Andrew F. Malone, for appellant;  Joan B. Stuart, for appellee.

Before PRICE, MONTEMURO and VAN der VOORT, JJ.

Order affirmed.

MONTEMURO, J., concurred in the result.

PRICE, J., did not participate in the consideration or decision of this case.